PENNSYLVANIA GENERAL
INSURANCE COMPANY

v.

Diane BECTON.

No. 80–219–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Higgins & Slattery, John A. Baglini, Providence, for plaintiff.

Resmini, Fornaro, Colagiovanni & Angell, Ronald J. Resmini, Providence, for defendant.

### ORDER

This is a Superior Court civil action in which the court enjoined any arbitration proceedings until it had considered the plaintiff's complaint, in which it sought a declaratory judgment. The defendant appealed and the plaintiff has filed a motion pursuant to our Rule 16(g) asking that we affirm the judgment entered below.

Treating the motion to affirm as a motion to dismiss, the motion is granted on the ground that the defendant's appeal is premature.

RAYMOND CONSTRUCTION CO. et al.

v.

MONOPEARL, INC.

No. 80–39–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Gerard McG. DeCelles, Providence, for appellants.

Adler Pollock & Sheehan Incorporated, Peter Lawson Kennedy, Providence, for appellee.

### ORDER

This matter is before us on the defendant's motion to affirm, pursuant to Rule 16(g), the judgment entered in its favor. After having reviewed the record and appellant's brief and having heard oral arguments on December 5, 1980, we hereby grant the motion to affirm the judgment.